NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARC LOPEZ,                          )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D20-1383
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
                                     )
_____      )

Opinion filed September 30, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Chris Helinger, Judge.

PER CURIAM.

            Affirmed.

VILLANTI, BLACK, and STARGEL, JJ., Concur.